UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY JAMES BIAS, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:10-cv-02202-WMA-HGD |
| LOUIS BOYD, WARDEN, and | ) |
| THE ATTORNEY GENERAL OF | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents | ) |

## MEMORANDUM OPINION

On August 27, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On September 2, 2010, petitioner filed objections to the magistrate judge's report and recommendation.

The report and recommendation relied in part on 28 U.S.C. § 2244(b)(3)(A), which provides that "before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." In his objections, petitioner averred that on August 31, 2010, he filed an application with the Eleventh Circuit Court of Appeals to obtain the required authorization to file a

second or successive habeas corpus petition. He asked that this court wait to issue a final ruling until the Eleventh Circuit rules on his application. Therefore, petitioner was ordered to notify this court as soon as he received a ruling granting or denying his application for permission to file a second or successive habeas corpus petition. Instead of notifying the court of the Eleventh Circuit's ruling, petitioner has filed a motion to dismiss his habeas corpus petition without prejudice, with no further explanation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition be dismissed pursuant to 28 U.S.C. § 2244(b) and/or for failure to comply with 28 U.S.C. § 2244(b)(3)(A).

A separate Final Judgment in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 4th day of October, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE